IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RYAN McMURRAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TOWN OF FAIRVIEW, *et al.*,<br><br>　　　　　Defendants. | CV 17-67-BLG-TJC<br><br>**ORDER** |

Pursuant to the parties' joint Stipulation for Dismissal with Prejudice (Doc. 19),

IT IS ORDERED that this action is **DISMISSED WITH PREJUDICE** as fully and finally settled on the merits, with each party to bear its own costs and attorneys' fees.

DATED this 29th day of November, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge